**Appeal Dismissed and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00978-CR

---

### AKEEM ALAJUWON GREEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1445761**

---

## M E M O R A N D U M   O P I N I O N

Appellant was indicted for burglary of a habitation. The State agreed to abandon two enhancement paragraphs in exchange for appellant's guilty plea without an agreed recommendation as to sentencing. The trial court sentenced appellant to 16 years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant waived his right of appeal. *See* Tex. R. App.

P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005); *Jones v. State*, 488 S.W.3d 801, 807 (Tex. Crim. App. 2016) (upholding waiver of right to appeal because defendant received consideration for waiver by State agreeing to abandon one of two enhancement paragraphs).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b)